# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**DARNELL REEVES,**            CASE NO. 2:07-cv-604
                                                  JUDGE MARBLEY
           Petitioner,               MAGISTRATE JUDGE ABEL

v.

**ERNIE MOORE, Warden,**

           **Respondent.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the February 23, 2009 Opinion and Order, petitioner's objections are OVERRULED, the Report and Recommendation is ADOPTED AND AFFIRMED. This action is hereby DISMISSED.

Date: **February 23, 2009**                  **James Bonini, Clerk**

                                                         s/Betty L. Clark
                                                         Betty L. Clark/Deputy Clerk